IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL MOTLEY, | : | |
| Petitioner, | : | |
| VS. | : | CASE NO. 7:13-cv-0170 (HL) |
| ANTOINE CALDWELL, | : | |
| Respondent. | : | |

# ORDER

Petitioner Michael Motley seeks to appeal this Court's dismissal of his Petition for Writ of Habeas Corpus and has filed a Motion for Leave to Proceed *in forma pauperis* on Appeal (Doc. 19). Petitioner's Motion is **MOOT**, as he has been denied a Certificate of Appealability. See Order, September 19, 2014 (Doc. 15); 28 U.S.C. § 2253(c). Petitioner's Motion to Proceed *in forma pauperis* on Appeal is thus **DENIED**.

**SO ORDERED,** this 12th day of November, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr